**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     *Camilla Hrdy et al. v. Second Street Properties LLC et al.*

Appellate case number:   01-19-00194-CV

Trial court case number: 2017-07497

Trial court:             189th District Court of Harris County

The appellants have filed a Motion For Panel Rehearing. The Court hereby requests that the appellees file a response to the appellants' motion. *See* TEX. R. APP. P. 49.2. The appellees' response, if any, is due no later than **Friday, June 10, 2022.**

Justice's signature:  /s/ Gordon Goodman
                      Acting individually

Date:  May 19, 2022